# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 24, 2011

No. 10-20259
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

WILLIAM LEESEAN WADE,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-543-4

Before KING, BENAVIDES, and ELROD, Circuit Judges.

PER CURIAM:[*]

William Leesean Wade appeals the 70-month term of imprisonment imposed by the district court following his guilty plea conviction of one count of conspiring to interfere with commerce by robbery, in violation of 18 U.S.C. § 1951 (commonly known as the Hobbs Act).

For the reasons set forth in *United States v. Richarte*, 2011 WL 661581 (5th Cir. Feb. 23, 2011) and *United States v. Zavala*, 2010 WL 5375947 (5th Cir. Dec. 29, 2010), the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.